No. 702. Harbor Towing Corp. v. Parker et al. C. A. 4th Cir. Certiorari denied. *John H. Skeen* for

petitioner. *George W. P. Whip* for Parker, respondent.

